IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHRISTIAN ALEXIS, et al., | * | |
| Plaintiffs, | * | |
| v. | | Civil Action No. WDQ-02-2632 |
| | * | |
| BOARD OF EDUCATION OF BALTIMORE COUNTY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1-3, which are attachments to Defendants' Memorandum in Support of Motion for Summary Judgment, exist only in paper format and if scanned would each be larger than 1.5 MB. These documents will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

*May 19, 2003*
_____
Date

/s/
_____
Leslie Robert Stellman
Fed. Bar No. 1673
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, Maryland 21204
410.938.8800
(signed by Eric W. Gunderson with permission of Leslie R. Stellman)

/s/
_____
Eric W. Gunderson
Fed. Bar No. 26319
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, Maryland 21204
410.938.8800

**ATTORNEYS FOR DEFENDANTS**

G:\files\ERIC\MABE\Alexis\Notice of Filing of Lengthy Exhibit.doc