IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

CHRISTIAN ALEXIS, et al.,

    Plaintiffs,             *

                                   CIVIL ACTION NO. WDQ-02-2632
                          *

BOARD OF EDUCATION OF
BALTIMORE COUNTY, et al.,    *

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Plaintiffs' consent motion for enlargement of time, it is by the Court on this ___ day of _____, 2003, hereby

ORDERED, that the Motion be and the same is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiffs' opposition to Defendants' Motion for Summary Judgment, shall be filed on or before June 19, 2003

                                             _____
                                             William D. Quarles
                                             United States District Judge