IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHRISTIAN ALEXIS, et al., | * | |
| Plaintiffs, | * | |
| v. | | CIVIL ACTION NO. WDQ-02-2632 |
| | * | |
| BOARD OF EDUCATION OF BALTIMORE COUNTY, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment exists only in paper format and it will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

 June 23, 2003
Date

                                         Julie A. Starbuck        #23079
Parker & Starbuck, P.C.
Attorneys for the Plaintiffs
10722 Lexington Street
Kensington, MD  20895
(301) 929-5900    (301)929-5902 (fax)