IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

CHRISTIAN ALEXIS, et al.   *

    Plaintiffs

v.   *

                                                   Civil Action No. 02-CV-02632-WDQ

BALTIMORE COUNTY
BOARD OF EDUCATION, et al.
                                     *

    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

      The Defendants, by their undersigned attorneys, and pursuant to the Federal Rules of Civil Procedure and Local Rule 105.9, respectfully move this Court for an extension of time, as set forth below, in which to reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Opposition"), and in support thereof, state as follows.

      1.     On June 19, 2003, Plaintiffs filed and served a copy of Plaintiffs' Opposition in the above-captioned case. Defendants' reply to Plaintiffs' Opposition is due on July 3, 2003.

      2.     Counsel for the Defendants, Eric Gunderson, will be out of the office for several weeks due to the birth of his son and requests an extension of time to file Defendants' reply. Counsel for the Plaintiffs has consented to an extension of time through and including July 14, 2003 for Defendants to reply to Plaintiffs' Opposition.

      WHEREFORE, the Defendants respectfully move, with the consent of the Plaintiffs, that the time by which the Defendants shall reply to the Plaintiffs' Opposition to Defendants' Motion

for Summary Judgment be extended through and including July 14, 2003.

Respectfully submitted,

_____/s/_____
Leslie Robert Stellman (Federal Bar No. 01673)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
Tele:  (410) 938-8800
Facsimile:  (410) 938-8909

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 26th day of June, 2003, a copy of the foregoing Consent Motion for Extension of time for Defendants to Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment was mailed, first-class, postage prepaid to:

Holly L. Parker, Esquire
Parker & Starbuck, P.C.
10722 Lexington Street
Kensington, Maryland  20895

Attorneys for Plaintiffs

_____/s/_____
Leslie Robert Stellman

G:\files\EDWARDS\Baltimore County Board of Education-Christian Alexis\Consent Motion for Extension of Time.doc