# RODGERS FORGE ELEMENTARY SCHOOL

## CONFIDENTIAL

Christian Alexis
Grade 5 – Non-Public
IEP Team held on 5/09/02
Team *Members*:

| | |
|---|---|
| Ms. Britos | Parent |
| Mr. Alexis | Parent |
| Mrs. (Brower) Moran | Assistant Principal |
| Mrs. Deise | IEP Chairperson |
| Mrs. Joyce Reier | Office of Special Education |
| Mrs. Reighart | Intermediate Special Education Teacher |
| Mr. Manion | Rodgers Forge Grade Five Teacher |
| Mrs. Dolan | Audiologist – White Oak School |
| Mrs. Nuckels | Speech and Language Pathologist |
| Dr. Cardamone | School Psychologist |
| Mrs. Woods | School Counselor |
| Ms. Holly Neal | Non-Public Classroom Teacher |
| Ms. Abelson | Special Education - Dumbarton Middle School |

    Our IEP team met on Thursday, May 9, 2002 to review and approve IEP goals. Ms. Britos and Mr. Alexis, parents, were present at our meeting. It is the intention of the parents to enroll Christian in Baltimore County Public Schools after they have reviewed the drafted IEP goals and objectives at today's meeting.

    Mrs. Deise, IEP Chairperson, asked if the parents received a copy and explanation of the Parental Rights Document with their invitation to our IEP team meeting via the U.S. Mail. Both parents initialed their acceptance of the Parental Rights document. There is no third party billing.

    Mrs. Reighart and Mrs. Nuckels reviewed the drafted IEP goals for reading and speech with parent input and considerations for least restrictive environment. Specific short-term objectives and benchmarks were shared as well as assessment accommodations and supplementary aides and services needed. For CTBS, Christian will receive verbatim reading of selected areas for reading and vocabulary subtests. Under classroom modifications, it was noted that Christian needs a partner for paragraph and multi-paragraph reading, vocabulary lists, sequence charts, mechanical speller, story maps, use of decoding and other reading strategies, multi-sensory reading instruction, graphic organizers, repetition of directions, chunking of directions, extended time for processing, modified tests and quizzes, preferential seating near instruction and away from noise sources, and skeleton copies and/or back up copying for note taking. Under Other, Christian would be given alternate choice questions; combined visual-verbal presentation; phonemic and associative cues, and meaningful context.

    Team members also agreed that Christian would receive informal assessment in September to establish baseline performance for IEP reading objectives. During the first

EXHIBIT 4

week of school, consultation with classroom teachers, speech and language pathologist, audiologist, and special education case manager will take place to review Christian's specific needs.

Team members agreed that Christian would receive seven hours of direct classroom instruction, two hours of indirect classroom instruction, one and one-half hours of direct speech/language service, one-half hour of indirect speech/language service, and consultative services from the audiologist.

Ms. Britos and Mr. Alexis reviewed and approved the drafted IEP goals and revisions, but want more specific information as to how Christian will achieve these goals.

Ms. Britos questioned team members as to the personnel that would be assisting Christian in the regular classroom considering his auditory processing concerns in order for the IEP goals to be implemented.

Mrs. Reier shared that a special educator would look at the IEP goals and know what services would need to be provided to have the goals successfully implemented. She added that the two most important components of the IEP are that the goals meet Christian's needs and that they are measurable.

Based on our team discussion and a review of drafted IEP goals, the following recommendations were made:

1. Mrs. Dolan, Audiologist, will assess classroom noises and seating for Christian.
2. Mrs. Dolan will provide training to Christian's teachers at Dumbarton Middle School.
3. The IEP start date will be 8/26/02.
4. Extended year services were described to the parents and will be revisited at the annual review. Christian is not currently eligible since he is not enrolled in Baltimore County Public Schools.
5. The service delivery model will include special education class for less than 21% of the school day for reading instruction.
6. Team members will be asked to sign the IEP, but this document will become null and void if Christian is not enrolled in Baltimore County Public Schools for the 2002-2003 school year.
7. Parents need to contact Mrs. Shaney to register Christian at Dumbarton Middle School.
8. An IEP meeting will be scheduled to review, approve, and sign the IEP on Thursday, May 30, 2002 at 2:00 p.m.

Ms. Britos and Mr. Alexis reviewed and approved the IEP goals and objectives. Parents were handed a copy of the drafted IEP at our meeting, but chose not to sign the document. The team disposition will be sent home via the U.S. Mail.

*Susan Deise*

Mrs. Deise
Principal, Rodgers Forge Elementary
May 9, 2002