## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Student:** CHRISTIAN ALEXIS    **ID:** 216335977
**Address:** 7216 LANARK RD    **Birthdate:** 08/09/1991    **Sex:** Male
BALTIMORE MD 21212    **Primary Language:** English
**Phone:** (410)296-7216    **Ethnic:** White - not Hispanic origin
**School:** Rodgers Forge Elementary
**Grade:** 05    **Disability:** 09 – Specific learning disabilities

**Parent:** MR. BILL ALEXIS    **Parent:** Mrs. Nancy Britos
**Address:** 7216 LANARK RD    **Address:** 11 Southfield Place
BALTIMORE MD 21212    Baltimore, MD 21212
**Phone:** (410)296-7216    **Phone:** 410-435-7006
**Primary Language:** English    **Primary Language:** English

### IEP TEAM AND IEP APPROVAL

The IEP team met on 05/09/2002 to review/develop the IEP and to recommend placement.

Signature / Signature

- Mr. Bill Alexis, Parent
- Lori Cardamone, Psychologist
- Ms. Nancy Britos, Parent
- Susan Deise, Principal
- Kathy Dolan, Audiologist
- Jack Manion, General education teacher
- Pat Nuckels, Speech, language pathologist
- Elizabeth Reighart, Spec. Ed. Classrm or Resource Teacher
- Janet Woods, Guidance counselor
- Joyce Reier, Coordinator

- Sara Brower, Assistant Principal
- Holly Neal, Teacher, Lab School
- Marcy Abelson, Dumbarton Middle School

The IEP was approved on 5/30/02. The projected duration of the IEP is one year.

The IEP team has rejected the option of general/regular education without special education services because the student is eligible for special education and related services, and the student's needs indicate that this option is insufficient to implement the goals and objectives.

Most Recent 3-Year Evaluation Date: 12/09/1999    Projected 3-Year Evaluation Date: 12/09/2002
Projected Exit Date: 05/30/2009    Projected Exit Category: 1 – Exit with MD H.S. Diploma

### PARENT PARTICIPATION IN DEVELOPMENT OF DRAFT GOALS

| Date | Method |
|---|---|
| 05/05/2002 | Draft Goals Sent Home |
| 05/09/2002 | Draft Review with IEP Team |

Printed 05/09/2002, 9:41 PM

*Handwritten note:* IEP will become valid upon Christian's enrollment in a Baltimore County Public School. Parent Initials: NB

*parent initials* NB

EXHIBIT 5

## CURRENT LEVELS OF EDUCATIONAL PERFORMANCE

### Reading

    Test: Wechsler Individual Ach. Test (WIAT)    Subtest: Reading Composite
    Date: 4/11/02
    Standard Score: 92    Grade Equivalent: ___
    Other Results: N/A

    Test: WIAT    Subtest: Basic Reading
    Date: 4/11/02
    Standard Score: 90    Grade Equivalent: ___
    Other Results: N/A

    Test: WIAT    Subtest: Reading Comprehension
    Date: 4/11/02
    Standard Score: 98    Grade Equivalent: ___
    Other Results: N/A

**Needs**
attention to visual detail, decoding,
increased fluency

### Math

    Test: Wechsler Individual Ach. Test    Subtest: Mathematics Composite
    Date: 4/11/02
    Standard Score: 100    Grade Equivalent: ___
    Other Results: N/A

    Test: WIAT    Subtest: Numerical Operations
    Date: 4/11/02
    Standard Score: 96    Grade Equivalent: ___
    Other Results: N/A

    Test: WIAT    Subtest: Math Reasoning
    Date: 4/11/02
    Standard Score: 105    Grade Equivalent: ___
    Other Results: N/A

**Strengths**
math problem solving

### Writing

    Test: Wechsler individual Ach. Test (WIAT)    Subtest: Writing Composite
    Date: 4/11/02
    Standard Score: 95    Grade Equivalent: ___
    Other Results: N/A

## CURRENT LEVELS OF EDUCATIONAL PERFORMANCE

Test: WIAT  
Date: 4/11/02  
Standard Score: 95  Grade Equivalent: _____  
Other Results: N/A  
Subtest: Spelling

Test: WIAT  
Date: 4/11/02  
Standard Score: 100  Grade Equivalent: _____  
Other Results: N/A  
Subtest: Written Expression

### Cognitive/Intellectual

**Needs**

### Oral Language

Test: Wechsler Individual Ach. Test  
Date: 4/11/02  
Standard Score: 104  Grade Equivalent: _____  
Other Results: N/A  
Subtest: Listening Comprehension

**Strengths**  
7/01-E. Lawrence, SLP:  
pragmatic language

**Needs**  
7/01-E. Lawrence, SLP:  
receptive-expressive grammar/syntax,  
word retrieval/verbal formulation,  
language processing; phonological awareness

## PARTICIPATION IN GENERAL EDUCATION CURRICULUM

_X_ The student will participate in the General Education Curriculum in all areas.    _X_ With ___ Without modifications

___ The student will participate in the General Education Curriculum in all areas except: _____    ___ With ___ Without modifications

___ The student will participate in the Special Education Curriculum in all areas.  
Reason why general education curriculum is considered inappropriate:  
___ Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.  
___ Other: _____

## ANNUAL GOAL # 1

Utilizing a highly-structured, multisensory approach, Christian will improve the reading and spelling of single and multi-syllable words by one instructional level from baseline.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will review the decoding and encoding of words with schwa syllables, soft c and g, and r-controlled vowels.

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:   Quarterly                    Date Objective Met:

- Christian will decode and encode words ending in consonant + le and -dge.

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:   Quarterly                    Date Objective Met:

- Christian will decode a and encode words with diphthongs (oi, oy, ow, ou, au, aw, ew, eu, ui) and irregular vowel sound combinations (oo, ou, ought, igh).

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:   Quarterly                    Date Objective Met:

- When orally reading material at his instructional level, Christian will be able to recognize and self-correct errors which distort the meaning of the passage.

  Evaluation: classroom performance        Criteria: 80 percent
  Schedule:   Quarterly                    Date Objective Met:

## ANNUAL GOAL # 2

Given word lists devised from curriculum and texts at his instructional level, Christian will apply structural analysis skills in order to identify multi-syllable words with 90% accuracy and word meanings with 80% accuracy.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will identify fifteen suffixes and their meanings in isolation and in word context.

  Evaluation: Homewk,classwk,activities,   Criteria: 90% ident., 80% comp.
  Schedule:   Quarterly                    Date Objective Met:

- Christian will identify fifteen prefixes and their meanings in isolation and in word context.

  Evaluation: Homewk,classwk,activities,   Criteria: 90% ident., 80% comp.
  Schedule:   Quarterly                    Date Objective Met:

- Christian will correctly apply syllabication rules to compound words, double consonants, and open and closed syllables as well as prefixes and suffixes.

  Evaluation: Homewk,classwk,activities,   Criteria: 90% ident., 80% comp.
  Schedule:   Quarterly                    Date Objective Met:

- Christian will correctly identify and spell compressed and expanded forms of words that form contractions.

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:   Quarterly                    Date Objective Met:

## ANNUAL GOAL # 3

Christian will increase fluency while reading phonetically-controlled texts at his instructional level with 90% accuracy.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- After reading words in isolation, Christian will read and write the words in a sentence context.

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:  Quarterly                     Date Objective Met:

- After reading words in isolation, Christian will read paragraph selections that have reading words embedded.

  Evaluation: Homewk,classwk,activities,   Criteria: 90 percent
  Schedule:  Quarterly                     Date Objective Met:

## ANNUAL GOAL # 4

Christian will use reading strategies and accommodations in order to increase comprehension and recall of written material in all content areas.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will use reading rulers, highlighters, and editorial features of books (such as bold words, outlining, graphics, etc.) to assist in pre-reading, reading, and post-reading activities.

  Evaluation: classroom performance   Criteria: 80 percent
  Schedule:  Quarterly                Date Objective Met:

- Christian will use graphic organizers (i.e. story maps, character trait webs, sequence chains, cause and effect charts, vocabulary lists) to record information before, during, and after reading.

  Evaluation: classroom performance   Criteria: 80 percent
  Schedule:  Quarterly                Date Objective Met:

## ANNUAL GOAL # 5

Christian will continue to develop receptive language skills to enhance his performance in the classroom setting.

## SHORT-TERM OBJECTIVES/BENCHMARKS

- Using curriculum-related vocabulary, Christian will locate root words, prefixes, and suffixes to support syllable identification and repeated pronunciation to assist with recognition, recall, and comprehension in context as indicated by periodic probes.
  Evaluation: SLP, teacher observation, s    Criteria: 80 percent
  Schedule:   Quarterly                      Date Objective Met:

- Given multi-step oral directions in therapy and classroom settings, Christian will routinely sub-vocalize the direction, determine if it 'makes sense' and and ask for clarification when it is unclear.
  Evaluation: SLP, teacher observation, s    Criteria: 80 percent
  Schedule:   Quarterly                      Date Objective Met:

- Christian will continue to develop and apply phonological awareness strategies when he listens, speaks, and reads aloud in structured tasks as indicated by periodic probes.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule:   Quarterly                      Date Objective Met:

## ANNUAL GOAL # 6

Christian will continue to improve his oral formulation and expressive language skills to enhance his performance in the classroom.

## SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will utilize adult prompted and self-initiated phonemic cueing, category/synonym substitution, and circumvention techniques to support word retrieval in conversation, storytelling, etc.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule:   Quarterly                      Date Objective Met:

- Given specific prompts to describe, explain, and/or persuade, Christian will incorporate precise word choice, correct syntactic structure, and expanded sentences in oral formulation.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule:   Quarterly                      Date Objective Met:

## ASSESSMENT ACCOMMODATIONS

Maryland Functional Testing Program (MFTP)
  _X_ Accommodations Needed      ___ No Accommodations Needed      ___ N/A
  ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
  ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)

Scheduling Accommodations
• Extra response and processing time.

Setting Accommodations
• General education classroom, with special seating (front of room, carrel, etc).

Equipment Accommodations
• Use of electronic devices (mechanical speller), word processor, computer, augmented communication device, etc.)

Presentation Accommodations
• Verbatim reading of selected sections of test or vocabulary.

Response Accommodations – None


CTBS/5 (or current norm-referenced assessment)
  _X_ Accommodations Needed      ___ No Accommodations Needed      ___ N/A
  ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
  ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)

Scheduling Accommodations
• Extra response and processing time.

Setting Accommodations
• General education classroom, with special seating (front of room, carrel, etc).

Equipment Accommodations – None

Presentation Accommodations
• Verbatim reading of selected sections of test or vocabulary.

Response Accommodations – None


Maryland School Performance Assessment Program (MSPAP)
  ___ Accommodations Needed      ___ No Accommodations Needed      _X_ N/A
  ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
  ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)


High School Assessments (HSA)
  ___ Accommodations Needed      ___ No Accommodations Needed      _X_ N/A
  ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
  ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)


PSAT/SAT/ACT
  ___ Accommodations Needed      ___ No Accommodations Needed      _X_ N/A

Printed 05/09/2002, 9:41 PM                                                                                      Parent Initials: _____

## SUPPLEMENTARY AIDS AND SERVICES NEEDED

___ Use of Calculator         ___ Tape Recorder            ___ Assistive Technology         ___ Behavior Management
___ Notetaker                 _X_ Testing Modification     ___ Sign Language Interpreter    ___ Positive Behavior Interventions
_X_ Homework Modification     ___ Instruction in Braille   ___ Lifting/Transfer             ___ Behavior Modification
___ Crisis Intervention       ___ Adapted Physical Education ___ Toileting
_X_ Classroom Modification:

partner for reading, vocabulary lists, sequence charts, story maps, use of decoding and other reading strategies, graphic organizers, repetition/rephrasing and chunking of directions, extended time for processing, modified tests and quizzes, skeleton copy for notetaking, back-up copy of notes as needed, preferential seating near instruction but away from noise sources, multisensory reading instruction, mechanical speller, informal assessment in September to establish baseline performance on IEP reading objectives, *extra set of books for home, cueing for visual details, highlighting,* [initials]

___ Feeding Accommodation:


___ Specialized Therapy Equipment:


_X_ Support for School Personnel:
Training - consultation with audiologist before 1st week of school for classroom teachers, speech/lang. pathologist, and special ed. case manager

_X_ Other:
alternate choice questions; combined visual-verbal presentation; phonemic and associative cues; meaningful context

_X_ This student's communication needs were reviewed and discussed as part of determining specific needs.
_X_ This student's assistive technology needs were reviewed and discussed as part of determining specific needs.

---

## NONACADEMIC AND EXTRACURRICULAR SERVICES/ACTIVITIES WITH NON-DISABLED PEERS

|  | Can the student participate? | If yes, what supports are required? If no, specify the reason. |
|---|---|---|
| Meals | Yes | No supports are required. |
| Recess/Breaks | Yes | No supports are required. |
| General Activites (library, assemblies, etc.) | Yes | No supports are required. |
| Counseling (guidance, vocational, etc.) | Yes | No supports are required. |
| School Organization (home room, clubs, etc.) | Yes | No supports are required. |
| Athletics | Yes | No supports are required. |
| Recreational Activities (field trips, etc.) | Yes | No supports are required. |
| Employment | | |
| Community Activities | | |
| Other | | |

Printed 05/09/2002, 9:41 PM　　　　　　　　　　　　　　　　　　　　　　Parent Initials: [initials]

## REGULAR EDUCATION CLASSROOM PARTICIPATION

| Subject | Grade Placement | Subject | Grade Placement |
|---|---|---|---|
| X English/Language Arts | 6 | ___ Technology Education | ___ |
| X Math | 6 | X Physical Education | 6 |
| X Social Studies | 6 | X Art | 6 |
| X Science | 6 | X Music | 6 |
| ___ Family Studies | ___ | ___ Other | ___ |
| ___ Vocational Education | ___ | | |

Total hours per week in regular education:    30

## SPECIAL EDUCATION AND RELATED SERVICES

Note: Revised as of 5/10/02 w/parent signature.

| Nature of Service | Direct Hours | Indirect Hours | 80 | 90 | Environment | I/G | Start Date | End Date | Wks | Provider | EYS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Classroom instruction | 7.0 | 2.0 | | | Both general and special | I,G | 08/26/2002 | 05/09/2003 | 32 | Special educator | No |
| Speech, language | 1.5 | 0.5 | | | Both general and special | I,G | 08/26/2002 | 05/09/2003 | 32 | Speech/lang pathologist | No |
| Audiological services | | | | X | Both general and special | I,G | 08/26/2002 | 05/09/2003 | 32 | Kathy Dolan | |

*parent initial*

Total Direct Hours: 8.5      Total Indirect Hours: 2.5

Note: Totals do not include transportation, vocational evaluation, functional behavioral assessment.

## SERVICE DELIVERY MODEL

___ Consultation with regular educator.
___ Special education and/or related service to be delivered in regular classroom.
X  Special education class for less than 21% of school day. *for reading instruction*  *parent initials*
___ Special education class for 21% to 60% of school day.
___ Special education class in regular school for more than 60% of school day.
___ Special education class, part day, or separate day school for disabled, part day.
___ Public, separate day school for disabled.         ___ Private, separate day school for disabled.
___ Residential.        ___ Other: _____

Factors impeding IEP implementation in a general ed setting:
   Christian requires a highly structured multi-sensory approach for reading instruction.

Printed 05/09/2002, 10:00 PM                                                                    Parent Initials: _____

## EXTENDED YEAR SERVICES (EYS)

_X_ The need for EYS was considered as part of the IEP Team review.
___ The student is eligible for EYS.   _X_ The student is not eligible for EYS.   He is not currently enrolled.

If eligible, rationale:   ___ Regression/recoupment   ___ Critical point of instruction   ___ Interfering behavior

*parent initials*

## PLACEMENT DETERMINATION

Will the student be attending his/her neighborhood school or magnet?  _X_ Yes  ___ No
If not, is the placement as close to the student's home as possible?  ___ Yes  ___ No
Are there any harmful effects of the placement on the student or on the quality of services the student needs?  ___ Yes  _X_ No
If yes, what are the effects?

## STATEMENTS OF PARENT AGREEMENT

[✓] I have a "Procedural Safeguards–Parental Rights" booklet, and my rights have been explained to me and my questions answered.
[✓] If my child is in third grade or above, or is nine years old or older, the requirements for a Maryland high school diploma have been explained to me along with my child's progress in meeting those requirements.
[✓] The IEP Team discussed with me my child's eligibility for extended year services.

   Is the child is eligible for Medicaid?   ___ Yes   [✓] No
   If eligible for Medicaid:
[ ] I give permission for my child to receive case management services.
[ ] I give permission to the IEP team to appoint a case manager for my child.
[ ] I agree to have a claim submitted to my private insurance for Medicaid eligible children and have it rejected.
[ ] If my child rides a bus to and from school, I give permission to have claims submitted to Medicaid for transportation services.

_____  _____  Date 6/28/02
Parent/Guardian Signature

Printed 05/09/2002, 9:41 PM                                                                       Parent Initials _____