## Rodgers Forge Elementary

**CONFIDENTIAL**

Christian Alexis
Non-Public – Grade 5
IEP team held on 5/30/02
Team Members:

| | |
|---|---|
| Ms. Britos | Parent |
| Mr. Alexis | Parent |
| Mrs. Moran | Assistant Principal |
| Mrs. Deise | IEP Chairperson |
| Mrs. Reier | Office of Special Education |
| Ms. Abelson | Special Educator – Dumbarton Middle School |
| Mrs. Nuckels | Speech and Language Pathologist |
| Mr. Manion | Rodgers Forge Fifth Grade Teacher |
| Mrs. Reighart | Intermediate Special Education Teacher |
| Dr. Cardamone | School Psychologist |
| Mrs. Woods | School Counselor |

    Our IEP team met on Thursday, May 30, 2002 to review, approve, and sign the IEP. Ms. Britos, and Mr. Alexis, Parents, were present at our meeting.

    Mrs. Deise offered parents another copy and explanation of the Parental Rights Document that they received in the U.S. Mail with the invitation to our meeting. The offer was declined. Parents signed and returned the Receipt for Rights Paper. There is no third party billing.

    Mrs. Reighart and Mrs. Nuckels reviewed the drafted IEP goals and objectives for reading instruction and language therapy. The revised IEP was sent to parents prior to our meeting for their review. Specific short-term objectives/ benchmarks, assessment accommodations, and supplementary aids and services were shared at a prior IEP team meeting and were reviewed again today.

    Ms. Britos came to our meeting today with additional goals and objectives for written language, reading, math, and speech and language that she would like team members to review and consider adding to the drafted IEP.

    Mrs. Reier reviewed assessment results from Baltimore County and the Lab School indicating that Christian was functioning within the average

EXHIBIT 6

range for written language and math. There is not an educational disability that requires special education services for these two subjects. The IEP will address his current needs based on the results of assessments and appropriate goals will be written.

Ms. Britos shared that she can only look at Christian's present level of performance and she feels that there are many problems with his written language skills and word problems in math. She feels that Christian has an oral language problem that comes into play with his written language success.

Ms. Abelson shared that Christian did not have difficulty during her observation with following directions.

Mr. Manion, Rodgers Forge Classroom Teacher, shared that he did not see Christian having difficulty following organizational structures within his classroom when he attended our school at the beginning of fifth grade.

Ms. Abelson shared that all students at Dumbarton have a planner and daily assignments are written on the board as a visual cue. Teachers also offer additional time to students to review skills, and a web site is available for families to check homework assignments on a daily basis. Ms. Abelson added that we could add an accommodation to his drafted IEP stating that Christian could keep a second set of textbooks at home so he would not have to bring them back and forth from school.

Based on our team discussion and a review of goals presented to team members by Ms. Britos, additional classroom modifications were added under Supplementary Aides and Services. They include:

1. Christian will be able to keep a second set of school textbooks at home so he does not have to carry them back and forth to school.
2. Christian will be asked to highlight key words and directions.
3. Classroom teachers will cue Christian for visual details.

The drafted IEP was reviewed, approved, and signed with parent input and considerations for least restrictive environment. Christian will receive 7.0 hours of direct classroom instruction and 2.0 hours of regular classroom instructional support. He will receive 1.5 hours of direct language therapy and 0.5 hours of indirect language therapy. He will also receive consultative audiological services.

The following recommendations were made:
1. The IEP start date will be August 26, 2002.

2. Mrs. Dolan, Audiologist at White Oak School, will provide auditory processing training to Christian's future sixth grade teachers at Dumbarton Middle School if he enrolls in Baltimore County Public Schools.
3. Christian's Case Manager at Dumbarton Middle School will provide his future sixth grade teachers at Dumbarton with a snap shot IEP that includes specific interventions and modifications.
4. Christian's short term objectives will be evaluated through interim reports, quarterly reports, tests, quizzes, and assessments and will be reviewed throughout the year.
5. Dumbarton Middle School will schedule a first quarter review to update strengths and needs and to review the IEP. His triennial review will be scheduled for December 2002.

Ms. Britos and Mr. Alexis were in agreement with the team discussion and recommendations. They were handed a copy of the revised IEP. The disposition will be sent home via the U.S. Mail.

*Susan Deise*

Mrs. Deise
Principal
May 30, 2002