INDIVIDUALIZED EDUCATION PROGRAM TEAM RESULTS

**CONFIDENTIAL**                    Date Summary ✓ mailed __ given: 11-26-02

School: The Lab School                Date: November 11, 2002

| STUDENT INFORMATION | PURPOSE(S) OF TEAM |
|---|---|
| NAME: Christian Alexis | [ ] Evaluation |
| BIRTHDATE: 8/9/91 | [ ] Discuss, review and/or revise IEP |
| ADDRESS: 7216 Lanark Road | [ ] Annual Review |
| Baltimore, MD 21212 | [ ] 3-Year Re-Evaluation |
| TELEPHONE: 410-296-7216 | [ ] Transition Planning |
| GRADE LEVEL: 6 | [ ] Manifestation |
| STUDENT ID NUMBER: | [X] Other (Specify): Review IEP |
| HOME SCHOOL: Dumbarton Middle School | |

Parent(s) [X] present [ ] not present
Procedural Safeguards: [X] document mailed w/parent notification   [ ] document given at meeting
   [ ] Explanation given

   Mrs. Britos described Christian's program at the Lab School. Christian takes science, reading, structured writing, math, drama, music, and physical education. There are about five students per class with a special educator and an instructional assistant. Christian receives one-to-one speech/language services. Mrs. Britos reported that Christian is doing well in the Lab School program and teachers have reported that Christian is invested in his learning.
   The BCPS team reviewed the IEP that was developed at Rodgers Forge Elementary. Mrs. Parker expressed concerns about Christian's auditory processing needs. Ms. Abelson explained how the service hours were derived at the Rodgers Forge team; five hours in self-contained class for reading with two hours of inclusion along with one and a half hours of direct speech and one half hour of indirect speech. Mrs. Britos explained that the reading goals were more intensive than the past but we were putting a Band-Aid on a head wound. Ms. Abelson reported that Rodgers Forge reported at team that Christian did well in his academic classes. Mrs. Britos reported that that was only due to extensive summer school tutoring and tutoring during the school year.
   Mrs. Parker expressed concerns that we were trying to fit Christian to the program and we were not looking at his needs. The BCPS team is in disagreement. The team felt we were looking at Christian's needs in reviewing the IEP and the program. Mrs. Parker also stated that the parents did not agree with the goals and objectives of the IEP. However, the parents signed the IEP and the placement decision. Mrs. Britos stated that by not enrolling Christian at Dumbarton that showed she disagreed with the IEP.

RECOMMENDATIONS:
   1. Christian will be reteamed in December to complete his IEP.
   2. Parents received a copy of the resource guide for parents and guardians.
 X   Parent has been informed team notes will be sent within ten school days.


[ ] Diagnosis/treatment of medically related services were discussed.

---

**PARTICIPATING TEAM MEMBERS**

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| Mrs. Fink | AP/IEP Chair | Mr. Collins | School Psychologist |
| Ms. Abelson | Special Educator | Mrs. Mastaler | Speech/Lang. Path. |
| Ms. Walker | Special Educator | Mrs. Reier | BCPS SE Coordinator |
| Mrs. Blume | Teacher | Mrs. Britos | Mother |
| Mrs. Xenakis | Special Educator | Mr. Alexis | Father |

IEP CHAIRPERSON
*[signature: Nancy B. Fink]*

EXHIBIT 7