Confidential

- ☐ Initial Assessment
- ☐ Other
- ☑ Triennial Assessment

## Baltimore County Public Schools
### DEPARTMENT OF SPECIAL EDUCATION
### EDUCATIONAL ASSESSMENT

Name: **Christian Alexis**      Date of Referral (IEP Team Request): **3/8/02**

Birthdate: **8/9/91**   C.A. **11-3**   Date Parent Signature Obtained: **3/8/02**

School: **Lab School**   Grade: **6**   Date Assessment(s) Completed: **11/1/02**

Primary Language: **English**    Date Written Reports Completed: **11/15/02**

Primary Language of Test: **English**   Examiner(s): **Marcy Abelson**

---

Report includes:
1. behavioral observations
2. assessment instruments used
3. results (including subtest scores)
4. a descriptive summary of strengths and identified needs
5. statement of deviation from milestones/objectives
6. statement of eligibility criteria
7. recommendations
8. examiner(s') signature(s), title(s) and date

Reason for Referral: **Christian Alexis** was referred for evaluation by members
(Name)
of the **Rodgers Forge Elem** Team in order to determine current levels of performance
(School)
as appropriate in

☑ Reading   ☐ Mathematics   ☑ Spelling-written language   ☐ Oral language   ☐ Gross motor   ☐ other

---

In the opinion of this examiner: *

✓ The scores obtained are valid representations of student's current educational performance levels.

✓ The test(s) selected is a valid tool for the stated purpose and is valid for the student.

✓ Linguistic, cultural, and/or economic differences did not influence testing.

   * If these criteria are not met, the examiner(s) should state which ones do not apply and why.

---

Educational testing is intended to provide approximate performance levels based on national norms and to profile strengths and needs.

BEBCO 1011301
Use BEBCO 1011101 to conclude

DISTRIBUTION: 1 School Copy, 1 Parent Copy, 1 Examiner Copy   **1 Psychologist**

**EXHIBIT 9**

Confidential: Information not to be given out to any other agency without parental consent.

# Baltimore County Public Schools
## OFFICE OF SPECIAL EDUCATION
## EDUCATIONAL ASSESSMENT

Name: Christian Alexis  
Grade: 6  
School: Lab School  
Birthdate: 8/9/91  
Date: 11/15/02  

Date of Referral: 3/8/02  
Primary Language: English  
Test Language: English  
Examiner: Marcy Abelson  

### Reason for Referral

Christian Alexis was referred for educational assessment as part of his three year re-evaluation process in order to determine strengths, needs, and functioning levels in reading, written language, and mathematics. Prior psychological evaluations indicated that Christian has overall cognitive ability in the average to high average range. Christian started receiving special education services for reading in third grade. In November 2001, Christian withdrew from Baltimore County and was enrolled in the Lab School. Baltimore County developed a new IEP in May 2002 which called for reading and speech language services. Christian currently attends the Lab School.

Christian was administered two different educational assessments in 5th grade. The Woodcock-Johnson III-Form A was administered by Colleen Kane at the Lab School. The following standard scores were obtained: These can be used as a basis of comparison with the current educational assessment.

| | |
|---|---|
| broad reading- 73 | letter word identification- 88 |
| broad math- 93 | reading fluency- no score obtained |
| broad written language- 94 | calculation- 90 |
| academic skills- 90 | math fluency- 75 |
| academic fluency- 67 | spelling- 91 |
| academic applications- 97 | writing fluency- 98 |
| basic reading- 88 | passage comprehension- 93 |
| | applied problems- 101 |
| | writing samples- 100 |
| | word attack- 90 |

Elizabeth Reighart, special educator, at Rodgers Forge Elementary administered the Wechsler Individual Achievement Test in April, 2002. The following scores were obtained on this evaluation:

| | |
|---|---|
| composite reading- 92 | basic reading- 90 |
| composite mathematics- 100 | reading comprehension- 98 |
| composite writing- 95 | math reasoning- 105 |
| | numerical operations- 96 |
| | spelling- 95 |
| | written expression- 100 |
| | listening comprehension- 104 |

### Behavioral Observations

Christian willingly went with the examiner for testing. The purpose of testing was

Name: Christian Alexis
D.O.B.: 8/9/91

explained and Christian appeared comfortable with the procedure. During testing, Christian frequently needed to use tissues. He was asked if he had a cold and he responded that he had allergies. It should be noted that Christian would often take several tissues and just hold them up to his nose. During the math applied problems subtest, Christian asked to have the questions repeated. It appeared that he was struggling with the language of the testing and was unsure as to which operation or operations he needed to use to solve the problems. This was the only subtest where something had to be repeated. Christian was able to follow lengthy directions that were given orally for the fluency subtests without needing any repetition. Christian groaned when presented with the word attack subtest. He did not have this reaction for any of the other subtests.

In the opinion of this examiner: The scores obtained are valid representations of Christian's current educational performance levels. The test selected is a valid tool for the stated purpose and is valid for Christian. Linguistic, cultural, and/or economic differences did not influence testing.

**Assessments Used**
Review of Records
<u>Woodcock-Johnson III Tests of Achievement (Form B)</u>
Date Tested: 11/1/02
CA: 11-3
norms based on age; Compuscore Version 1.1b
*Standard scores have a mean of 100 and a standard deviation of 15*

|  | Standard Score | Age Percentile | Instructional Range: Easy to Difficult (based on grade) | | |
|---|---|---|---|---|---|
| **Standard Battery Tests:** | | | | | |
| Letter-Word Identification | 89 | 24 | 3.3 | **3.7** | 4.4 |
| Word Attack | 91 | 27 | 2.3 | **2.9** | 4.3 |
| Passage Comprehension | 90 | 24 | 2.7 | **3.5** | 4.9 |
| Reading Fluency | 86 | 18 | 3.1 | **3.6** | 4.3 |
| Calculations | 94 | 36 | 3.8 | **4.8** | 6.1 |
| Applied Problems | 94 | 34 | 3.7 | **4.5** | 5.5 |
| Math Fluency | 66 | 01 | K.5 | **2.3** | 4.4 |
| Spelling | 90 | 26 | 3.3 | **4.2** | 5.5 |
| Writing Samples | 89 | 23 | 1.9 | **3.2** | 7.8 |
| Writing Fluency | 81 | 11 | 2.8 | **3.6** | 4.6 |
| **Battery Clusters:** | | | | | |
| Broad Reading | 87 | 19 | | | |
| Broad Mathematics | 90 | 25 | | | |
| Broad Written Language | 86 | 17 | | | |
| Academic Skills | 91 | 28 | | | |
| Academic Fluency | 81 | 10 | | | |
| Academic Applications | 90 | 26 | | | |
| Basic Reading Skills | 90 | 25 | | | |

Name: Christian Alexis
D.O.B.: 8/9/91

## Results and Interpretation

In the area of reading, Christian scored within the 19th percentile for his age, with a standard score of 87, which placed him within the low average range of functioning. Christian's word identification, word attack, passage comprehension, and fluency skills were all commensurate. On the word identification subtest, Christian was able to read basic sight words. Christian usually did not attempt to sound out words that he could not read on sight. Christian exhibited difficulties on the reading fluency subtest where he had to read short sentences and then determine if the sentences were true or false. Christian demonstrated accuracy on this subtest but he was not able to complete the task quickly. He carefully read each sentence before responding which impacted on his score. On the comprehension subtest, Christian yielded scores in the low end of the average range. Intratest scatter was prevalent which indicated that Christian does not consistently utilize context clues to glean meaning from text. On the word attack subtest, Christian was able to successfully decode beginning consonant sounds and blends and could read cvc and cvce mono-syllabic words. He also was able to decode r controlled vowels. Christian also demonstrated needs in the areas of ending consonant sounds and blends, vowel sounds in open and closed syllable words when the words are multi-syllabic, vowel digraphs and diphthongs, and silent consonant letters.

In the area of mathematics, Christian scored within the 25th percentile for his age, with a standard score of 90, which placed him within the average range of functioning. Christian's calculation and applied problems skills were commensurate with scores falling within the average range. On the calculations subtest, Christian was able to accurately add and subtract whole numbers. In addition, Christian was able to add fractions with like denominators when the answer did not need to be simplified. He could also divide a number with a two place dividend by a one place divisor. Weaknesses were found in multiplying whole numbers, dividing numbers with a two place divisor, and subtracting fractions. Christian also misread operation signs and added when he was to multiply. On the applied problems subtest, Christian needed to have the math problems repeated when they were read to him orally. It appeared that he did not always understand the language of the problem and did not know which operations he was to perform. Christian was able to count money and could solve one step word problems involving whole number operations. He exhibited difficulties solving two step word problems, solving problems with extraneous information, finding elapsed time, and finding averages. Christian's weakest area was found in math fluency. This subtest measured Christian's ability to solve simple math facts in a three minute time frame. Christian worked slowly and carefully on this subtest. The lack of speed impacted on his performance.

In the area of written language, Christian scored within the 17th percentile for his age, with a standard score of 86, which placed him in the low average range of functioning. Christian's spelling skills were commensurate with his word identification skills. Christian can spell basic mono-syllabic sight words. Christian appeared to have difficulty with visual memory for sound symbol relationships. He attempted to spell words phonetically by applying learned decoding rules. On the writing samples subtest, Christian was able to write basic sentences in response to a verbal and visual prompt. Christian needs to add details to his writing. Spelling errors were prevalent but he was not marked off for those errors. Christian also left off suffixes to verbs which interfered with the meaning of the sentence. On the writing fluency subtest, Christian yielded scores in the lower end of the low average range. Christian was able to write short simple sentences when given three words and a picture cue; however, this was a timed subtest and Christian was not able to quickly generate these sentences.

## Summary

Christian Alexis, an 11 year 3 month old student, previously evaluated to have overall cognitive ability in the average to high average range, functions within the below average range

Name: Christian Alexis
D.O.B.: 8/9/91

in reading and written language and within the average range in mathematics based upon results obtained in this evaluation. Christian's academic skills and applications were found to be in the average range. Academic fluency was found to be in the low average range. Christian's lower fluency scores impacted his overall scores in all areas. When comparing Christian's testing to the Woodcock testing that was completed in 5th grade it was found that Christian improved his reading fluency on this year's testing. Comparable performance was found in word identification, math calculation, writing samples, and word attack skills. Skills declined in the areas of math fluency, spelling, writing fluency, passage comprehension, and applied problems. A decline in scores was also found when comparing Christian's scores to the WIAT assessment except in the area of basic reading which remained the same.

### Recommendations

The IEP team will need to review this evaluation in conjunction with the psychological evaluation, classroom observation, and teacher reports in order to determine if Christian is educationally handicapped. The team will then need to determine the least restrictive most appropriate placement for Christian. Teachers need to be made aware of Christian's strengths and weaknesses and modify material accordingly. Some specific classroom modifications are as follows:

1. Christian should continue receiving multi-sensory instruction in the areas of reading and spelling.
2. Teachers should utilize high interest reading materials to teach comprehension strategies.
3. Christian should utilize graphic organizers to generate and sequence thoughts for writing.
4. Christian should have directions repeated as needed. Teachers should also give him the opportunity to restate directions when they are presented orally.
5. Written or visually presented information should be color coded or highlighted in some way to help focus Christian to important information and details.
6. Christian should be provided with a model approach and/ or visual cues an frequently as possible where example of tasks completed are provided for him to follow.
7. Christian should maintain a word bank of commonly used math terms and vocabulary to assist him when solving math word problems.
8. Christian will need preferential seating away from noise and distractors.

Marcy Abelson

*Marcy Abelson 11/15/02*

Special Education Teacher

cc: Parent Copy
    Confidential File
    PsychologisT