Case 1:02-cv-02632-WDQ   Document 18-8   Filed 07/08/2003   Page 1 of 7

___ Initial Assessment
X_ Triennial Assessment
___ Other

# Baltimore County Public Schools
## Speech and Language Services

### Speech and Language Assessment

| | |
|---|---|
| Name: Christian Alexis | Date of Referral: (IEP Team) 3-08-02 |
| Birthdate: 8-09-91   CA: 11-3 | Date Parent Signature Obtained: 3-08-02 |
| School: Dumbarton Middle (The Lab School)   Grade: 6 | Date Assessment Completed: 11-20-02 |
| Primary Language: English | Date Written Report Completed: 11-30-02 |
| Primary Language of Tests: English | Examiner: Linda J. Mastaler, MS/CCC-S |

**Report Includes:**

1. Description of related educational concerns
2. Behavioral observations
3. Assessment instruments used
4. Results of tests
5. Interpretation
6. Descriptive summary of strengths and weaknesses
7. Statement of eligibility
8. Strategies for improving classroom performance
9. Examiner's signature, title and date

**Reason for Referral:**

Christian Alexis _____ was referred for a three-year speech and language re-evaluation by members of the Rodgers Forge Elementary team in order to determine current levels of performance and profile strengths and needs as appropriate in:

___ Speech          x Receptive language          x Expressive language
___ Oral motor      ___ Fluency                    ___ Voice

___ Other _____

---

A. _X_____ This assessment was completed in the student's native language.
B. _X_____ The examiner has determined that the assessment procedure was valid for the intended purpose.
C. _X_____ The examiner has determined that the assessment procedure was valid for the student to whom it was administered and the results are a valid report of the student's current functioning.

**If either B or C above is not endorsed positively, complete D or E.**

D. _____ The following procedural modifications were made when assessing the student to increase the validity of results:
E. _____ Caution needs to be taken when interpreting the test results due to:

EXHIBIT 10

Name: <u>Christian Alexis</u>                                    CA: <u>11-3</u>   Page 1 of 6

**Assessment Instruments/Procedures Used:**
  **Formal Measures:**
  Clinical Evaluation of Language Fundamentals-3 (CELF-3)
  Peabody Picture Vocabulary Test-III (Form III-A)
  Expressive Vocabulary Test (EVT)
  Test of Written Language-3 (TOWL-3): Spontaneous Writing Sub-tests
  **Classroom Observation**
  **Language Sample**
  **Parent Interview**
  **Teacher Questionnaire**
  **Parent Questionnaire**
  **Record Review**

**Reason for Referral:**
Christian was referred by the Rodgers Forge Elementary School team for a three-year re-evaluation of his language skills. These assessments are all taking place at Dumbarton Middle School. He is also being assessed for educational achievement levels and his cognitive functioning. These assessments will be used to re-determine his eligibility for special education services and to assist with educational planning.

**Background Information:**
Christian began elementary school at St. Pius and transferred to Rodgers Forge Elementary School where he completed second, third and fourth grade. He started fifth grade at Rodgers Forge Elementary and then transferred to private placement. He currently attends the Baltimore Campus of the Washington Lab School.

Christian initially received a speech and language evaluation at Loyola College in 2/94, which showed receptive language at or above chronological age and expressive language delayed by 9 months. He received about one year of intervention. A comprehensive language evaluation was completed at Rodgers Forge Elementary on 11-10-99. Christian's receptive and expressive language functioning skills fell in the range of normal limits for his age. Word retrieval difficulties were evident and several strategies to facilitate word retrieval were suggested. No direct intervention was recommended. A private assessment in July 2001 revealed low average functioning in the receptive language area and below average functioning in the expressive language area. Therapy was recommended 2-3 times weekly for 45-60 minute sessions.

A private audiological assessment of 10-16-01 reported: "results consistent with an auditory processing disorder." Two areas of difficulty were identified at that time and they include: phoneme processing (the ability to decode and blend speech sounds) and short-term auditory memory. Recommendations included: receiving verbal directions one at a time, use of repetition and rephrasing to confirm comprehension, wait time for responding to verbal questions in class and multiple modality presentation of information. Preferential seating was also recommended.

The Rodgers Forge Elementary School team developed speech and language IEP goals, which were approved on 5-30-02. These goals include: 1) Christian continuing to develop receptive language skills to enhance his performance in the classroom setting and 2) improving his oral formulation and expressive language skills to also enhance his performance in the classroom. Christian is currently receiving speech and language services at the Lab School to address these goals two times weekly (individual and group setting.) His most recent progress note of Spring Quarter 2002 reports that significant weaknesses remain in phonological processing including phonological awareness, rapid naming, and auditory memory, auditory discrimination, linguistic organization, and overall written language.

Name: <u>Christian Alexis</u>                                           CA: <u>11-3</u>   Page 2 of 6

## Behavioral Observations:

Christian was cooperative and pleasant throughout the evaluation process, which took place in one setting for two and a half hours. He remained focused on the tasks at hand for the entire process. No cueing was necessary. He did not display any off task behaviors, inattentiveness or impulsive choices. Christian rarely required any repetitions of directions or test items. At one point, a sub-test became increasingly difficult and this was the only time that Christian started to play with the test binder spiral and tap his foot. This behavior immediately ceased at the end of that sub-test. Christian reported that he "sometimes has difficulty listening in the classroom." He also reported that he used to have more trouble thinking of particular words that he wants to say but that this is no longer "too big of a problem."

Christian was observed in conversation with his mother and older brother. He smiled often and required no repetition of their questions. He responded appropriately to both of them. Both parents returned the "Language Impact on Social Performance" questionnaire at the request of this examiner. They rated the impact that his language has on his social interactions from minimally to somewhat of an impact. The parent's observations indicate that at home and in the community, Christian is able to follow directions but sometimes asks for clarification and information. He is sometimes able to elaborate on what he says and to problem solve. He does not consistently organize thoughts for meaningful explanations and stories. He applies conversational rules and speaks to others in the community, although he is "usually very reserved at first" as reported by his mother.

A classroom observation by this examiner took place on 11-20-02 at the Baltimore Campus of the Lab School of Washington. This examiner observed approximately 15 minutes of a speech and language group session (two students) and 40 minutes of reading class (five students/one teacher). The speech and language session goals were addressed utilizing curriculum-based materials from the reading class. Christian was writing a short book jacket summary with success. He was able to utilize graphic organizers and proofreading strategies (checklist) successfully in an independent manner for punctuation, vocabulary choice and capitalization. He requested assistance with spelling corrections. Christian was able to identify some of the words that he had misspelled as being incorrect but there were a couple of words that he did not recognize as being spelled incorrectly. The other group member constantly talked out loud during the time this examiner observed the session. Christian remained focused on his own writing goals throughout the speech and language session session.

Reading class followed the speech and language session. Christian had completed his book jacket and was asked to be a scribe for another student out in the hallway. It was a noisy environment in the hall, however Christian remained focused on the task. He was able to elicit information from the peer in order to scribe for the peer. Christian continuously needed to coax the other student into responding to his questions. Christian asked the peer to speak louder as it was noisy in the hall and the peer was soft spoken. This examiner had difficulty hearing the student speak in the hallway. Christian was able to request the student to make a comparison of information in order to determine exactly what the peer meant by his summary. These questions showed many excellent receptive and expressive language skills being utilized by Christian in an academic setting. The reading teacher shared Christian's journal with this examiner and reported on the significant improvements in quality and quantity since the beginning of the school year. No individual reading instruction was observed during this class due to the nature of the current assignment (book jacket summary). Christian remained focused on his assignment while the teacher was talking to this examiner. He did not require any repetition of the directions that he had been given at the beginning of the class period.

Name: Christian Alexis                                                          CA: 11-3    Page 3 of 6

**Assessment Data:**

**Comprehensive Language:**

| X | CELF-3 | \_\_\_ | OWLS | \_\_\_ | PLS-3 | \_\_\_ | TOLD-3 |
|---|---|---|---|---|---|---|---|
| \_\_\_ | CELF-P | \_\_\_ | CASL | \_\_\_ | FCP | | |
| X | PPVT-III | X | EVT | X | TOWL-3 | | |

|  | **Standard Score** | **Percentile** |
|---|---|---|
| **Receptive Language** | (average: 7-13: SD of 3) | |
| Concepts and Directions | 16 | 98th |
| Word Classes | 12 | 75th |
| Semantic Relationships | 15 | 95th |
| **Receptive Language Score:** | (average: 85-115: SD of 15) **128 (Above average)** | 97th |
| | | |
| **Expressive Language** | | |
| Formulated Sentences | 9 | 37th |
| Recalling Sentences | 7 | 16th |
| Sentence Assembly | 8 | 25th |
| **Expressive Language Score:** | **88 (Average)** | 21st |
| | | |
| **Total Language:** | **108 (Average)** | 70th |
| | | |
| **Supplementary Tests: (CELF-3):** | | |
| Listening to Paragraphs | 14 | 91st |
| Word Associations | 12 | 75th |
| Rapid Automatic Naming | Met criterion in regards to # of errors and time | |
| | | |
| PPVT-III | 99 | 47th |
| EVT | 91 | 27th |
| **Written Language** | (8-12: Average) | |
| Contextual Conventions | 7 | 16th |
| Contextual Language | 8 | 25th |
| Story Construction | 10 | 50th |
| | | |
| Spontaneous Writing Quotient: | **89 (Low Average)** | 23rd |

Name: <u>Christian Alexis</u>                                           CA: <u>11-3</u>   Page 4 of 6

**Pragmatics:**
Discourse Skills: Christian interacted appropriately throughout the evaluation with this examiner. He demonstrated excellent eye contact, topic maintenance and turn taking abilities. He also demonstrated excellent skills with a peer at the Lab School when he was serving as a student scribe. The peer's behavior required Christian to be extremely flexible with his interactions and requests of the peer. Christian was able to ask questions to elicit information in a variety of ways and was not frustrated by the minimal amount of input from the peer.

Variety of Functions:

| | | | | | |
|---|---|---|---|---|---|
| X | Joint attention | X | Details | X | Share information |
| X | Describe | X | Clarify | X | Express needs/wants |
| X | Ask/answer questions | X | Negotiate | X | Refuse |
| X | Remote events | X | Sequence to tell a story | | |

**Fluency and Voice:**
   Conversational speech revealed fluency and voice (pitch, loudness and other aspects of vocal quality) to be within normal limits for age, gender and language skills.

**Articulation:**
   Articulatory skills were excellent and conversational speech intelligibility was good throughout the evaluation. There were no transpositions of sounds within words during the course of the assessment or in the classroom setting.

**Interpretation:**
   **Receptive language** measurements revealed a score, which was in the above average range of language abilities. He demonstrated these above average skills across all three sub-tests in the receptive section of the comprehensive language evaluation. This is a significant improvement over testing done in the private sector in July 2001 where scores were in the low average range. These three sub-tests assess his ability to follow oral directions of increasing length and complexity, perceive the relationships between words, and comprehend the meaning of sentences. Christian did not request repetitions on the first two sub-tests. He was focused and appeared to listen intently. He was given repetitions as requested on the sub-test of semantic relationships. One repetition is allowed per test item on that section of the receptive assessment. Supplemental testing was also at an above average level on the listening to paragraphs sub-test. Christian was able to recall and interpret factual, inferential, sequential and predictable information regarding information presented at the paragraph level.
   **Expressive language** measurements revealed a score that although it falls in the average range, it is significantly discrepant from Christian's receptive language score. It is uncommon for differences to be this large according to the publisher. Fatigue could have been an influencing factor at this point of the assessment, as Christian appeared to cued in during the receptive sub-tests. Expressive skills were noted to be good in the classroom setting. Christian had a difference of 40 points, which occurred in less than 1% of the standardization sample. The score still represents an improvement over scores achieved in July 2001 on the same comprehensive language test in two of the three sub-tests of the expressive language section. Relative areas of expressive language weakness for Christian, as compared to his higher than average receptive scores include: recalling and reproducing sentence surface structure as a function of syntactic

complexity, formulating of compound and complex sentences and assembling syntactic structure into grammatically and semantically meaningful sentences. Christian's low average score in the recalling sentences sub-test could be attributed to an inability to immediately recall spoken language. This could impact his ability to various classroom tasks such as writing to dictation, taking notes, remembering the teacher's oral directions and copying from the board. His relative weakness in the area of formulating sentences as compared to other strengths could have an impact on Christian's ability to plan and produce compound and complex sentences for conversation, classroom discourse, academic interactions and written language.

Christian's word retrieval abilities were well within normal limits as shown by his performance on two supplemental tests of the comprehensive language test. He was able to name members of a semantic class within a time limit and also demonstrated the ability to name familiar color-shape combinations rapidly and automatically.

**Total language** as measured by the comprehensive language test falls within the average range. It is heavily influenced by the high receptive language score. Christian was very attentive during the receptive areas as well as the expressive sub-tests. It was obvious to this examiner that the receptive items presented in the one to one quiet environment were easily answered accurately. These items were presented prior to the expressive sections. The expressive sections were presented in the same quiet environment, but proved to be more difficult. According to the publisher, this difference of 40 points occurs in less than 1% of the sample. Christian still obtained expressive language scores within the low average range or within one standard deviation from the mean, however the difference from his high receptive scores should be considered significant. Fatigue could have been a factor.

**Receptive and expressive vocabulary** measurements were administered to evaluate vocabulary knowledge and word retrieval skills. The receptive vocabulary test measures vocabulary knowledge without requiring retrieval skills or an expressive response. Christian demonstrated abilities well within the normal range for his chronological age. There was not a significant difference between the two scores. There were no instances of word retrieval difficulties noted by this examiner during the course of the evaluation formal process or in conversational speech.

**Written language** skills were measured at the spontaneous writing level. Christian was given 15 minutes to construct a story about a picture. The story must be at least 40 words in length in order to be scored. Christian wrote a story consisting of one paragraph, 13 sentences and approximately 134 words. The first sub-test is the *Contextual Conventions* and it measures mastery of the arbitrary conventions in written language such as punctuation, spelling, and capitalization. Christian achieved a below average score in this area. His overall use of punctuation was poor and 14 of the 134 words were misspelled. *Contextual Language* measures the use of language in writing, paying particular attention to sentence structure, grammar and vocabulary. Christian scored in the low average range for his chronological age. He used fragments and run-on sentences. His story contained 5 words that had seven or more letters that were spelled correctly. He identified objects in the picture correctly. Christian showed the ability to use introductory phrases or clauses two times in the story. His score ranked in the low average range for contextual language. The *Story Construction* sub-test measures the use of prose, action, sequencing and theme. The plot was weak and the story sequence rambled however, it definitely referred to a specific event occurring before or after the picture. The story can be described as very simple and straightforward. The score for this section was in the average range. The overall written language quotient for spontaneous writing was in the low average range.

Name: Christian Alexis                                       CA: 11-3   Page 6 of 6

| Strengths | Needs |
|---|---|
| -Receptive Language<br>-Receptive and Expressive Vocabulary<br>-Pragmatic/Social Language<br>-Articulation, Fluency and Voice | -Relative Weakness in Expressive Language as compared to Receptive Language strength (40 point discrepancy)<br>-Recall for Sentences (immediate recall of spoken language)<br>- Overall Written Language |

**Diagnostic Statement**:

Christian presented with above average receptive language functioning and low average expressive language functioning. Although Christian demonstrated above average receptive language skills his immediate recall of spoken language was in the low average range. Written language skills are overall in the low average range for his chronological age. The significant discrepancy in Christian's receptive and expressive language scores is difficult to explain and could be related to a fatigue factor or the fact that Christian has learned to focus intently on auditory input. This examiner feels that both of the scores accurately represent Christian's responses during the assessment session. Christian's language functioning will need to be compared to his cognitive performance to determine precise significant weaknesses. The results of this evaluation remain to be reviewed in conjunction with classroom performance and other assessments to determine the appropriate educational management for Christian.

**Strategies for Remediation of Needs**:
   **-Continued emphasis on current speech and language goals as the relate to:**
   1) Improving receptive language skills to enhance performance in the class room setting
   2) Improving oral formulation and expressive language skills to enhance performance in the classroom
   3) Monitoring written language skills as reading and spelling abilities continue to develop

   **-Monitor continued needs for modifications and accommodations related to listening difficulties to include:**
   1) Avoiding open class spaces
   2) Dampening noise sources
   3) Providing preferential seating
   4) Gaining student's attention prior to giving auditory instructions
   5) Providing additional written or visual information to accompany auditory information
   6) Rephrase and restate important information
   7) Teaching age appropriate compensation strategies such as verbal rehearsal, paraphrasing and summarizing key points
   8) Providing wait time for responses to auditory instructions or questions
   9) Developing a signal that the student can use if he does not understand or misses critical information

Linda J. Mastaler, MS/CCC-S      _Linda J. Mastaler MS/CCC-S_
**Examiner's Signature Title**
11-30-02
**Date**