INDIVIDUALIZED EDUCATION PROGRAM TEAM REPORT

**CONFIDENTIAL**

Date Summary ✓ mailed ___ given: 12-18-02

School: The Lab School                    Date: December 2, 2002

| STUDENT INFORMATION | PURPOSE (S) OF TEAM |
|---|---|
| **NAME:** Christian Alexis | [] Evaluation |
| **BIRTHDATE:** 8/9/91 | [] Discuss, review and/or revise IEP |
| **ADDRESS:** 11 Southfield Place | [] Annual Review |
| Baltimore, MD 21212 | [X] Reevaluation - Review of assessments |
| **TELEPHONE:** 410-296-7216 | [] Transition Planning |
| **GRADE LEVEL:** 6 | [] Manifestation |
| **STUDENT ID NUMBER:** | [] Other (Specify): |
| **HOME SCHOOL:** Dumbarton Middle School | |

Parent(s) [X] present [] not present
Procedural Safeguards: [X] document mailed w/parent notification  [] document given at meeting
[] Explanation given

Assessment Review
    Assessments completed and discussed: psychological, educational, and a classroom observation.
    Ms. Abelson reported on the results of the educational assessment that was completed on November 1, 2002. Christian was administered form B of the Woodcock-Johnson III Tests of Achievement. The following broad standard scores were obtained: reading 87, mathematics 90, written language 86, academic skills 91, academic fluency 81, and academic applications 90. Christian improved his reading fluency scores from grade 5 testing. Comparable performance was found in word identification, math calculation, writing samples, and word attack skills. Skills declined in the areas of math fluency, passage comprehension, and applied problems. A decline was also found when comparing last year's WIAT testing except for basic reading.
    Mr. Collins reported on the results of psychological testing. Christian's current level of cognitive functioning is inferred to be in the high average range. He scored within the average or better range on all measures of cognitive functioning. Mr. Collins reviewed past testing before reporting on current assessments. Christian was able to identify his own strengths and weaknesses.
    Mrs. Mastaler reported on the results of speech/language testing. Christian was extremely focused on the entire process. Christian was administered the CELF-3, PPVT III, and TOWL-3, along with a classroom observation, language samples, parent interview, teacher questionnaire, parent questionnaire, and record review. Mrs. Mastaler expressed concerns that during the observation at the Lab School, she did not see one-to-one reading

[] Diagnosis/treatment of medically related services were discussed.

**PARTICIPATING TEAM MEMBERS**

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| Mrs. Fink | AP/IEP Chair | Mrs. Mastaler | Speech/Lang. Path. |
| Ms. Abelson | Special Educator | Mrs. Britos | Parent |
| Ms. Ritterhoff | Teacher | | |
| Mr. Collins | School Psychologist | | |
| Mrs. Reier | SE Coordinator | | |
| IEP CHAIRPERSON | | | |

EXHIBIT
11

instruction.  Overall, Christian presented with above average receptive language functioning and low average expressive language functioning.  Although Christian demonstrated above average receptive language skills, his immediate recall of spoken language was in the low average range.  Written language skills are overall in the low average range.  Strengths were found in receptive language, receptive and expressive vocabulary, pragmatic/social language, and articulation, fluency, and voice.  Needs were found in related weaknesses in expressive language as compared to receptive language (40 point discrepancy), recall for sentences (immediate recall of spoken language), and overall written language.

Overall educational progress:  reading-A, English-A, math-A, social studies-A, science-A, computer lab-A/B, physical education-A, drama-A.

The team determined that there is an educational disability:  09 Learning Disabled.

Parents were given copies of the following assessments:  psychological evaluation, educational assessment, and speech/language evaluation.


Discussion

Ms. Abelson reported that there was an error in the last team notes.  It stated that we would be re-teaming to review the IEP.  It should have stated that we would be re-teaming to review the results of the three-year reevaluation.

Mrs. Fink reported that the classroom observation was not completed.  It will be completed this week.

The team discussed the possibility of the parents visiting the school and for Christian to visit the school.

Recommendations
1.  Mrs. Britos will contact Ms. Abelson to arrange for a visit.
2.  Christian will be reteamed to review the IEP if and when he enrolls in school.


  X   Parent has been informed team notes will be sent within ten school days.


[] Diagnosis/treatment of medically related services were discussed.

PARTICIPATING TEAM MEMBERS

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| Mrs. Fink | AP/IEP Chair | Mrs. Mastaler | Speech/Lang. Path. |
| Ms. Abelson | Special Educator | Mrs. Britos | Parent |
| Ms. Ritterhoff | Teacher | | |
| Mr. Collins | School Psychologist | | |
| Mrs. Reier | SE Coordinator | | |
| IEP CHAIRPERSON | | | |