## INDIVIDUALIZED EDUCATION PROGRAM TEAM RESULTS

**CONFIDENTIAL**  Date Summary [✓] mailed [ ] given: 2-14-03

School: Dumbarton Middle School    Date: February 3, 2003

| STUDENT INFORMATION | PURPOSE(S) OF TEAM |
|---|---|
| NAME: Christian Alexis | [ ] Evaluation |
| BIRTHDATE: 8/9/91 | [ ] Discuss, review and/or revise IEP |
| ADDRESS: 11 Southfield Place | [ ] Annual Review |
| Baltimore, MD 21212 | [ ] 3-Year Re-Evaluation |
| TELEPHONE: 410-296-7216 | [ ] Transition Planning |
| GRADE LEVEL: 6 | [ ] Manifestation |
| STUDENT ID NUMBER: 216335977 | [X] Other (Specify): Review IEP/Discuss Placement |
| HOME SCHOOL: Dumbarton Middle School | |

Parent(s) [X] present [ ] not present
Procedural Safeguards: [X] document mailed w/parent notification  [ ] document given at meeting
   [ ] Explanation given

**IEP Development Summary**
   Draft IEP was discussed. Revisions were made. Parent initialed each page of the IEP to indicate approval of the proposed goals and objectives. The team considered the Least Restrictive Environment. The team identified the following Special Education and Related Services: self-contained English and reading; inclusion all other classes. The team documented Christian's participation in statewide assessments on the IEP. The team documented appropriate accommodations for assessments on the IEP.
   Graduation requirements/progress: working towards diploma.
   The team deferred determination of EYS eligibility. Reteam: April 2003.

**Discussion**
   The team discussed special education placement for Math. Christian recently came from the Lab School where the curriculum is not the same as Baltimore County. Due to curriculum differences, it was determined that Christian will go into a self-contained math class for the remainder of the school year and will go into a general education seventh grade class next year.

**Recommendations**
1. Ms. Abelson will contact Kathy Dolan, audiologist, to arrange a time for her to visit Christian's classrooms and to meet with his teachers regarding accommodations.
2. Christian will be reteamed in April to review progress and discuss need for EYS.
3. Christian was placed in a self-contained class for English and reading. He was placed in a self-contained math class for transition purposes due to curriculum differences between the Lab School and Baltimore County. Christian will be in a regular math class for grade 7.

X  Parent has been informed team notes will be sent within ten school days.
[ ] Diagnosis/treatment of medically related services were discussed.

**PARTICIPATING TEAM MEMBERS**

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| Mrs. Fink | AP/IEP Chair | Mrs. Mastaler | Speech/Lang. Path. |
| Ms. Abelson | Special Educator | Mr. Collins | School Psychologist |
| Ms. Walker | Special Educator | Kathy Dolan | Audiologist |
| Mr. Kramer | Teacher | Jeremy Donai | Audiologist S |
| Mrs. Xenakis | Special Educator | Mr. Alexis | Father |
| IEP CHAIRPERSON | | Ms. Britos | Mother |

EXHIBIT 12