# Baltimore County Public Schools
# Towson, Maryland 21204

IEP Page 1

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student: CHRISTIAN ALEXIS  
Address: 7216 LANARK RD  
BALTIMORE MD 21212  
Phone: (410)296-7216  
School: Dumbarton Middle  
Grade: 05 06 ma

ID: 216335977  
Birthdate: 08/09/1991    Sex: Male  
Primary Language: English  
Ethnic: White - not Hispanic origin  
Disability: 09 - Specific learning disabilities

Parent: MR. BILL ALEXIS  
Address: 7216 LANARK RD  
BALTIMORE MD 21212  
Phone: (410)296-7216  
Primary Language: English

Parent: Mrs. Nancy Britos  
Address: 11 Southfield Place  
Baltimore, MD 21212  
Phone: 410-435-7006  
Primary Language: English

### IEP TEAM AND IEP APPROVAL

The IEP team met on 02/03/03 / 05/09/2002 to review/develop the IEP and to recommend placement.

Signature: [signed] Nancy Fink, IEP Chairman  
[signed] Marcy Abelson, Special Education Dept Chair  
[signed] Lloyd Collins, NCSP, Psychologist  
[signed] Donna Walker, Spec. Ed. Classrm or Resource Teacher  
[signed] Claire Xenakis, Spec. Ed. Classrm or Resource Teacher  
Donna Wilson, Guidance counselor  
Michael Etzel, Assistant Principal  
Mrs. Britos, Parent [signed]  
Mr. Alexis, Parent [signed William J Alexis]

Signature: [signed] Charles M Kramer  
[signed] Linda J Mastalerz MS/CCC-S Speech Language Pathologist  
[signed] Kathleen Dolan - Audiologist  
[signed] Jerry Darow Audiology Intern

The IEP was approved on 2/3/03. The projected duration of the IEP is one year.

The IEP team has rejected the option of general/regular education without special education services because the student is eligible for special education and related services, and the student's needs indicate that this option is insufficient to implement the goals and objectives.

Most Recent 3-Year Evaluation Date: 12/2/02 (12/09/1999)    Projected 3-Year Evaluation Date: 12/2/05 (12/09/2002)

Projected Exit Date: 05/30/2009    Projected Exit Category: 1 - Exit with MD H.S. Diploma

### PARENT PARTICIPATION IN DEVELOPMENT OF DRAFT GOALS

| Date | Method |
|---|---|
| 05/05/2002 | Draft Goals Sent Home |
| 05/09/2002 | Draft Review with IEP Team |
| 4/28/03 | Draft goals sent home ma |

Printed 01/28/2003, 9:05 AM

EXHIBIT 13

Parent Initials: [signed]

## CURRENT LEVELS OF EDUCATIONAL PERFORMANCE

### Reading

Test: WJ III                                    Subtest: _____
Date: 11/02
Standard Score: 87     Grade Equivalent: _____
Other Results: Letter- Word Identification- 3.7, Word Attack- 2.9 Passage Comprehension- 3.5, Reading Fluency- 3.6

**Strengths**
Basic Sight Word Vocabulary
Basic literal comprehension

**Needs**
attention to visual detail, decoding,
increased fluency

### Math

Test: WJ III                                    Subtest: _____
Date: 11/02
Standard Score: 90     Grade Equivalent: _____
Other Results: Math Fluency- 2.3

**Strengths**
math problem solving
 calculations

**Needs**
math fluency- compensatory strategies

### Writing

Test: Test of Written Language-3                Subtest: Spontaneous Writing
Date: 11/20/02
Standard Score: 89     Grade Equivalent: _____
Other Results: N/A

Test: WJ III                                    Subtest: _____
Date: 11/02
Standard Score: 86     Grade Equivalent: _____
Other Results: Writing Samples- 3.2, Spelling- 4.2, Writing Fluency- 3.2

**Strengths**
 spelling of basic mono- syllabic sight words
 basic sentence structure

## CURRENT LEVELS OF EDUCATIONAL PERFORMANCE

### Needs
application of spelling rules in writing
adding details to writing
paragraph development
mechanics and usage
compensatory writing strategies

### Language

Test: CELF-3                Subtest: Receptive
Date: 11/20/02
Standard Score: 128    Grade Equivalent: _____
Other Results: N/A

Test: CELF-3                Subtest: Expressive
Date: 11/20/02
Standard Score: 88    Grade Equivalent: _____
Other Results: N/A

### Strengths
Articulation, Fluency and Voice
Pragmatic/Social Language
Receptive Language
Receptive and Expressive Vocabulary

### Needs
Recall of multi-step directions
Review of curriculum related vocabulary
Continue to develop phonological awareness strategies
Improve expressive language skills

### Cognitive/Intellectual
Needs

### Oral Language

Test: Wechsler Individual Ach. Test    Subtest: Listening Comprehension
Date: 4/11/02
Standard Score: 104    Grade Equivalent: _____
Other Results: N/A

### Strengths
7/01-E. Lawrence, SLP:
pragmatic language

STUDENT: CHRISTIAN ALEXIS   ID: 216335977   Page 2b

## CURRENT LEVELS OF EDUCATIONAL PERFORMANCE

**Needs**
7/01-E. Lawrence, SLP:
receptive-expressive grammar/syntax,
word retrieval/verbal formulation,
language processing; phonological awareness

## PARTICIPATION IN GENERAL EDUCATION CURRICULUM

_X_ The student will participate in the General Education Curriculum in all areas.   _X_ With ___ Without modifications

___ The student will participate in the General Education Curriculum in all areas except: _____   ___ With ___ Without modifications

___ The student will participate in the Special Education Curriculum in all areas.
Reason why general education curriculum is considered inappropriate:
  ___ Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.
  ___ Other: _____

Printed 02/03/2003, 1:00 PM   Parent Initials: _____

## ANNUAL GOAL # 1

Utilizing a highly-structured, multisensory approach, Christian will improve the reading and spelling of single and multi-syllable words by one instructional level from baseline.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will review the decoding and encoding of words with schwa syllables, soft c and g, and r-controlled vowels.

    Evaluation: Homewk,classwk,activities,     Criteria: 90 percent
    Schedule: Quarterly                        Date Objective Met:

- Christian will decode and encode words ending in consonant + le and -dge.

    Evaluation: Homewk,classwk,activities,     Criteria: 90 percent
    Schedule: Quarterly                        Date Objective Met:

- Christian will decode a and encode words with diphthongs (oi,oy, ow, ou, au, aw, ew, eu, ui) and irregular vowel sound combinations (oo, ou, ought, igh).

    Evaluation: Homewk,classwk,activities,     Criteria: 90 percent
    Schedule: Quarterly                        Date Objective Met:

- When orally reading material at his instructional level, Christian will be able to recognize and self-correct errors which distort the meaning of the passage.

    Evaluation: classroom performance          Criteria: 80 percent
    Schedule: Quarterly                        Date Objective Met:

## ANNUAL GOAL # 2

Given word lists devised from curriculum and texts at his instructional level, Christian will apply structural analysis skills in order to identify multi-syllable words with 90% accuracy and word meanings with 80% accuracy.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will identify fifteen suffixes and their meanings in isolation and in word context.

    Evaluation: Homewk,classwk,activities,     Criteria: 90% ident., 80% comp.
    Schedule: Quarterly                        Date Objective Met:

- Christian will identify fifteen prefixes and their meanings in isolation and in word context.

    Evaluation: Homewk,classwk,activities,     Criteria: 90% ident., 80% comp.
    Schedule: Quarterly                        Date Objective Met:

- Christian will correctly apply syllabication rules to compound words, double consonants, and open and closed syllables as well as prefixes and suffixes.

    Evaluation: Homewk,classwk,activities,     Criteria: 90% ident., 80% comp.
    Schedule: Quarterly                        Date Objective Met:

- Christian will correctly identify and spell compressed and expanded forms of words that form contractions.

    Evaluation: Homewk,classwk,activities,     Criteria: 90 percent
    Schedule: Quarterly                        Date Objective Met:

## ANNUAL GOAL # 3

Christian will increase fluency while reading phonetically-controlled texts at his instructional level with 90% accuracy.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- After reading words in isolation, Christian will read and write the words in a sentence context.

  Evaluation: Homewk,classwk,activities,    Criteria: 90 percent
  Schedule:   Quarterly                     Date Objective Met:

- After reading words in isolation, Christian will read paragraph selections that have reading words embedded.

  Evaluation: Homewk,classwk,activities,    Criteria: 90 percent
  Schedule:   Quarterly                     Date Objective Met:

## ANNUAL GOAL # 4

Christian will use reading strategies and accommodations in order to increase comprehension and recall of written material in all content areas.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Christian will use reading rulers, highlighters, and editorial features of books (such as bold words, outlining, graphics, etc.) to assist in pre-reading, reading, and post-reading activities.

  Evaluation: classroom performance         Criteria: 80 percent
  Schedule:   Quarterly                     Date Objective Met:

- Christian will use graphic organizers (i.e. story maps, character trait webs, sequence chains, cause and effect charts, vocabulary lists) to record information before, during, and after reading.

  Evaluation: classroom performance         Criteria: 80 percent
  Schedule:   Quarterly                     Date Objective Met:

Printed 01/28/2003, 9:05 AM                                        Parent Initials: _____

STUDENT: CHRISTIAN ALEXIS    ID: 216335977                                                IEP Page 6

## ANNUAL GOAL # 5

Christian will improve reading comprehension skills by one year.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Will be able to answer inferential reading questions at his reading level.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- Will be able to identify the main idea from reading selections at his reading level.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- Will be able to cite two sources from the text to support an answer.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- 

  Evaluation:                              Criteria:
  Schedule:                                Date Objective Met:

## ANNUAL GOAL # 6

Christian will improve written language skills by one grade level.

### SHORT-TERM OBJECTIVES/BENCHMARKS

- Will apply learned encdoing rules to writing.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- Will form grammatically correct sentences when writing.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- Will expand sentences by adding adverbs, adjectives, words or phrases.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

- ~~Wulsk~~ Will be able to write paragraphs, containing a topic sentence, 3-5 detail sentences, and a concluding sentence.

  Evaluation: Homewk,classwk,activities,   Criteria: 80 percent
  Schedule:  Quarterly                     Date Objective Met:

Printed 01/28/2003, 9:05 AM                                           Parent Initials: _____

STUDENT: CHRISTIAN ALEXIS    ID: 216335977                                    IEP Page 7 ~~7~~ 6

## ANNUAL GOAL # 7

Christian will improve written language skills by one grade level.

**SHORT-TERM OBJECTIVES/BENCHMARKS**

- Will use correct spelling, capitalization, punctuation, and usage in paragraph writing.

    Evaluation: Homewk,classwk,activities,    Criteria: 80 percent
    Schedule: Quarterly                       Date Objective Met:

- Will utilize proofing checklists to edit and correct errors in writing.

    Evaluation: Homewk,classwk,activities,    Criteria: 80 percent
    Schedule: Quarterly                       Date Objective Met:

## ANNUAL GOAL # 8

Christian will utilize compensatory strategies and tools to complete assignments in a timely manner.

**SHORT-TERM OBJECTIVES/BENCHMARKS**

- Will utilize a calculator to apply learned math skills to complete math classwork, ~~homwork~~ homework *ma*, and tests.

    Evaluation: Homewk,classwk,activities,    Criteria: 80 percent
    Schedule: Quarterly                       Date Objective Met:

- Will utilize short answer, fill in the blanks, multiple choice, matching, and oral responses when ~~etended~~ extended *ma* written responses are deemed not critical.

    Evaluation: Homewk,classwk,activities,    Criteria: 80 percent
    Schedule: Quarterly                       Date Objective Met:

Printed 01/28/2003, 9:05 AM                                                  Parent Initials: _____

## ANNUAL GOAL # 9

Christian will continue to develop receptive language skills to enhance his performance in the classroom setting.

**SHORT-TERM OBJECTIVES/BENCHMARKS**

- Using curriculum-related vocabulary, Christian will locate root words, prefixes, and suffixes to support syllable identification and repeated pronunciation to assist with recognition, recall, and comprehension in context as indicated by periodic probes.
  Evaluation: SLP, teacher observation, s    Criteria: 80 percent
  Schedule: Quarterly                        Date Objective Met:

- Given multi-step oral directions in therapy and classroom settings, Christian will routinely sub-vocalize the direction, determine if it 'makes sense' and and ask for clarification when it is unclear.
  Evaluation: SLP, teacher observation, s    Criteria: 80 percent
  Schedule: Quarterly                        Date Objective Met:

- Christian will continue to develop and apply phonological awareness strategies when he listens, speaks, and reads aloud in structured tasks as indicated by periodic probes.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule: Quarterly                        Date Objective Met:

## ANNUAL GOAL # 10

Christian will continue to improve his oral formulation and expressive language skills to enhance his performance in the classroom.

**SHORT-TERM OBJECTIVES/BENCHMARKS**

- Christian will utilize adult prompted and self-initiated phonemic cueing, category/synonym substitution, and circumvention techniques to support word retrieval in conversation, storytelling, etc.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule: Quarterly                        Date Objective Met:

- Given specific prompts to describe, explain, and/or persuade, Christian will incorporate precise word choice, correct syntactic structure, and expanded sentences in oral formulation.
  Evaluation: SLP, teacher observation, s    Criteria: 70 percent
  Schedule: Quarterly                        Date Objective Met:

## ASSESSMENT ACCOMMODATIONS

Maryland Functional Testing Program (MFTP)
   X  Accommodations Needed    ___ No Accommodations Needed    ___ N/A
   ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
   ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)

Scheduling Accommodations
• Extra response and processing time.

Setting Accommodations
• General education classroom, with special seating (front of room, carrel, etc).
• Small group setting with special education or LEP teacher as examiner.

Equipment Accommodations
• Calculator for mathematics testing for special education or 504 students only.
• Use of electronic devices (mechanical speller, word processor, computer, augmented communication device, etc.)

Presentation Accommodations
• Verbatim reading of selected sections of test or vocabulary.

Response Accommodations -- None


Terra Nova (or current norm-referenced assessment)
   X  Accommodations Needed    ___ No Accommodations Needed    ___ N/A
   ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
   ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)

Scheduling Accommodations
• Extra response and processing time.

Setting Accommodations
• General education classroom, with special seating (front of room, carrel, etc).
• Small group setting with special education or LEP teacher as examiner.

Equipment Accommodations -- None

Presentation Accommodations
• Verbatim reading of selected sections of test or vocabulary.

Response Accommodations -- None


Maryland State Mandated Testing
   ___ Accommodations Needed    ___ No Accommodations Needed    X  N/A
   ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
   ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)


High School Assessments (HSA)
   ___ Accommodations Needed    ___ No Accommodations Needed    X  N/A
   ___ Exempt (Maryland Learning Outcomes are not this student's identified instructional outcomes. This IEP addresses alternative outcomes.)
   ___ Excused (Testing would be severely harmful to student due to recent traumatic experience or demonstrated past performance in testing situation.)


Printed 01/28/2003, 9:05 AM                                                Parent Initials: _____

STUDENT: CHRISTIAN ALEXIS    ID: 216335977                                    IEP Page 10

## ASSESSMENT ACCOMMODATIONS

PSAT/SAT/ACT

___ Accommodations Needed    ___ No Accommodations Needed    _X_ N/A

## SUPPLEMENTARY AIDS AND SERVICES NEEDED

| | | | |
|---|---|---|---|
| X Use of Calculator | __ Tape Recorder | __ Assistive Technology | __ Behavior Management |
| __ Notetaker | X Testing Modification | __ Sign Language Interpreter | __ Positive Behavior Interventions |
| X Homework Modification | __ Instruction in Braille | __ Lifting/Transfer | __ Behavior Modification |
| __ Crisis Intervention | __ Adapted Physical Education | __ Toileting | |

X Classroom Modification:
partner for reading as needed, routine checks for comprehension by the teacher, opportunities to re-do reading assignments, use of Kurzweil software as appropriate, vocabulary lists, sequence charts, story maps, use of decoding and other reading strategies, graphic organizers, repetition/rephrasing and chunking of directions, extended time for processing, modified tests and quizzes, skeleton copy for notetaking, back-up copy of notes as needed, preferential seating near instruction but away from noise sources, multisensory reading instruction, mechanical speller, informal assessment in February to establish baseline performance on IEP reading objectives, extra set of books for home, cuing for visual details, highlighting, webs and graphic organizers, learning probes, alternative responses for extended writing as appropriate, participation in early morning check in for organization and reading assists

__ Feeding Accommodation:

__ Specialized Therapy Equipment:

X Support for School Personnel:
Training - consultation with audiologist for classroom teachers, speech/lang. pathologist, and special ed. case manager

X Other:
alternate choice questions; combined visual-verbal presentation; phonemic and associative cues; meaningful context

X This student's communication needs were reviewed and discussed as part of determining specific needs.
X This student's assistive technology needs were reviewed and discussed as part of determining specific needs.
X Support for school personnel was reviewed and discussed as part of determining specific needs.

## NONACADEMIC AND EXTRACURRICULAR SERVICES/ACTIVITIES WITH NON-DISABLED PEERS

| | Can the student participate? | If yes, what supports are required? If no, specify the reason. |
|---|---|---|
| Meals | Yes | No supports are required. |
| Recess/Breaks | Yes | No supports are required. |
| General Activites (library, assemblies, etc.) | Yes | No supports are required. |
| Counseling (guidance, vocational, etc.) | Yes | No supports are required. |
| School Organization (home room, clubs, etc.) | Yes | No supports are required. |
| Athletics | Yes | No supports are required. |
| Recreational Activities (field trips, etc.) | Yes | No supports are required. |
| Employment | ___ | |
| Community Activities | ___ | |
| Other | ___ | |

Printed 02/03/2003, 2:08 PM                                    Parent Initials: ____

STUDENT: CHRISTIAN ALEXIS    ID: 216335977    IEP Page 5

## REGULAR EDUCATION CLASSROOM PARTICIPATION

| Subject | Grade Placement | Subject | Grade Placement |
|---|---|---|---|
| ___ English/Language Arts | ___ | ___ Technology Education | ___ |
| X Math | 6 | X Physical Education | 6 |
| X Social Studies | 6 | X Art | 6 |
| X Science | 6 | X Music | 6 |
| ___ Family Studies | ___ | ___ Other | ___ |
| ___ Vocational Education | ___ | Reading | |

Total hours per week in regular education:   25

## SPECIAL EDUCATION AND RELATED SERVICES

| Nature of Service | Direct Hours | Indirect Hours | 80 | 90 | Environment | I/G | Start Date | End Date | Wks | Provider | EYS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Classroom instruction | 13.0 | 2.0 | | | Both general and special | I,G | 02/03/2003 | 02/03/2004 | 36 | Donna Carr | |
| Speech, language | 1.5 | 0.5 | | | Both general and special | I,G | 02/03/2003 | 02/03/2004 | 36 | Linda Mastaler | |
| Audiological services | | | | X | Both general and special | I | 02/03/2002 | 02/03/2004 | 36 | Kathy Dolan | |

Total Direct Hours: 14.5    Total Indirect Hours: 2.5

Note: Totals do not include transportation, vocational evaluation, functional behavioral assessment.

## SERVICE DELIVERY MODEL

___ Consultation with regular educator.
___ Special education and/or related service to be delivered in regular classroom.
___ Special education class for less than 21% of school day.
X Special education class for 21% to 60% of school day.
___ Special education class in regular school for more than 60% of school day.
___ Special education class, part day, or separate day school for disabled, part day.
___ Public, separate day school for disabled.    ___ Private, separate day school for disabled.
___ Residential.    ___ Other: _____

Factors impeding IEP implementation in a general ed setting for more than 50% of the school day:
Christian needs a small structured class setting to meet reading and written language needs.

Printed 02/03/2003, 2:08 PM    Parent Initials: ___

STUDENT: CHRISTIAN ALEXIS     ID: 216335977                                    IEP Page 13

## EXTENDED YEAR SERVICES (EYS)

___ The need for EYS was considered as part of the IEP Team review.
___ The student is eligible for EYS.    ___ The student is not eligible for EYS.
If eligible, rationale:   ___ Regression/recoupment    ___ Critical point of instruction    ___ Interfering behavior

## PLACEMENT DETERMINATION

Will the student be attending his/her neighborhood school or magnet?  _X_ Yes   ___ No
If not, is the placement as close to the student's home as possible?  ___ Yes   ___ No
Are there any harmful effects of the placement on the student or on the quality of services the student needs?  ___ Yes   ___ No
If yes, what are the effects?

## STATEMENTS OF PARENT AGREEMENT

[✓] I have a "Procedural Safeguards–Parental Rights" booklet, and my rights have been explained to me and my questions answered.
[✓] If my child is in third grade or above, or is nine years old or older, the requirements for a Maryland high school diploma have been explained to me along with my child's progress in meeting those requirements.
[✓] The IEP Team discussed with me my child's eligibiity for extended year services.

   Is the child is eligible for Medicaid?   ___ Yes  [✓] No
   If eligible for Medicaid:

[ ] I give permission for my child to receive case management services.
[ ] I give permission to the IEP team to appoint a case manager for my child.
[ ] I agree to have a claim submitted to my private insurance for Medicaid eligible children and have it rejected.
[ ] If my child rides a bus to and from school, I give permission to have claims submitted to Medicaid for transportation services.

_____  _____  _____
Parent/Guardian Signature                                Date

Printed 01/28/2003, 9:05 AM                                        Parent Initials: _____

# SPECIAL ED AND RELATED SERVICES

**STUDENT:** CHRISTIAN ALEXIS   **ID:** 216335977

IEP Approval Date: 02/03/2003

Date of Last 3-Year Evaluation: 12/02/2002

Date of Projected 3-Year Evaluation: 12/02/2005

Projected Exit Date: 05/30/2009   Projected Exit Category: 1 - Exit with MD H.S. Diploma

School Providing Services: 0953 - Dumbarton Middle

Disability: 09 - Specific learning disabilities   Program / Class Type: A-2 (Adapted-Resource)

Special Education and Related Services   (80 = one-time service; 90 = consultative service)

| Nature of Service | Direct Hours | Indirect Hours | Total Hrs | 8 0 | 9 0 | Environment | Start Date | End Date | Wks | Service Provider Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 11 - Classroom instruction | 13.0 | 2.0 | 15.0 | | | C - Both general and special ed classroo | 02/03/2003 | 02/03/2004 | 36 | 01 - Spec. Ed. Classrm or Resou |
| 2. 13 - Speech, language | 1.5 | 0.5 | 2.0 | | | C - Both general and special ed classroo | 02/03/2003 | 02/03/2004 | 36 | 04 - Speech, language pathologi |
| 3. 20 - Audiological services | | | | | X | C - Both general and special ed classroo | 02/03/2002 | 02/03/2004 | 36 | 03 - Audiologist |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |

Total Direct Hours: 14.5   Total Indirect Hours: 2.5

Service Delivery Model: "4" - Special education class for 21 % to 60% of school day

IEP Chairperson _[signature]_  Date 2/3/03

Parent _[signature]_  Date 2/3/03

_[signature]_ 2/3/03