INDIVIDUALIZED EDUCATION PROGRAM TEAM RESULTS

**CONFIDENTIAL**                Date Summary ✓ mailed ___ given: 5-23-03

School: Dumbarton Middle School                Date: April 28, 2003

| STUDENT INFORMATION | PURPOSE (S) OF TEAM |
|---|---|
| NAME: Christian Alexis | [ ] Evaluation |
| BIRTHDATE: 8/9/91 | [ ] Discuss, review and/or revise IEP |
| ADDRESS: 7216 Lanark Road | [ ] Annual Review |
| Baltimore, MD 21212 | [ ] 3-Year Re-Evaluation |
| TELEPHONE: 410-296-2769 | [ ] Transition Planning |
| GRADE LEVEL: 6 | [ ] Manifestation |
| STUDENT ID NUMBER: 216335977 | [X] Other (Specify): Review Progress; |
| HOME SCHOOL: Dumbarton Middle School | Determine need for EYS. |

Parent(s) [X] present [ ] not present
Procedural Safeguards: [X] document mailed w/parent notification  [ ] document given at meeting
    [ ] Explanation given

   Overall educational progress: English-B, math-B+, social studies-C+, science-C, art-A-, music-B+, physical education-C+. Strengths: good worker, follows directions, stays on task, well behaved, has made good transition to Dumbarton, comprehension in reading, works quickly, willing to correct errors, works well in groups. Weaknesses: composition writing, rushes through work, test performance, participating in social studies and science in class discussions.
   The team discussed determination of Extended Year Services eligibility. Christian does not qualify for EYS.
   The team discussed programming for grade 7. Christian will continue in self-contained classes for English and reading. He will be placed in inclusion classes for math 7, social studies, and science.
   Mrs. Mastaler reported that Christian is doing well in speech. She would like to continue with speech services in grade 7 with the possibility of dismissal next year.
   Mr. Alexis reported that Christian is very happy at Dumbarton.

Recommendations
   1. Christian will be placed in self-contained English and reading for grade 7. He will be in inclusion for math 7, social studies 7, and science 7.

_X_ Parent has been informed team notes will be sent within ten school days.

[ ] Diagnosis/treatment of medically related services were discussed.

**PARTICIPATING TEAM MEMBERS**

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| Mrs. Fink | AP/IEP Chair | Mr. Collins | School Psychologist |
| Ms. Abelson | Special Educator | Mr. Alexis | Parent |
| Mrs. Xenakis | Special Educator | | |
| Mr. Patrick | Teacher | | |
| Mrs. Mastaler | Speech/Lang. Path. | | |

IEP CHAIRPERSON
*Nancy R. Fink* (signature)

EXHIBIT 14