# BALTIMORE COUNTY PUBLIC SCHOOLS
## Department of Special Education

### QUARTERLY IEP PROGRESS REPORT:  YEAR 2002-2003

Student:  Christian Alexis　　　　　School: Dumbarton Middle　　　　　Grade:  6

Teacher/Therapist:  Linda J. Mastaler  M.S./CCC-S

☐ Special Educator　　X Speech Language Pathologist　　☐ Occupational Therapist　　☐ Physical Therapist
☐ Vision Itinerant　　☐ Deaf/Hard of Hearing Itinerant　　☐ Audiologist　　☐ Adapted P.E. Teacher
☐ _____

The following information shows your child's progress according to the IEP goals/objectives that have been emphasized for each quarter of the school year.  Please refer to the following codes to determine his/her progress:  **M = Mastered** (date mastered will be listed according to the month/year), **P = Progressing**, **NP = Not Progressing** (If your child is not progressing, this may impact his/her ability to accomplish this goal by the end of the school year).

| OBJECTIVES | MAR '03 | JUN '03 | NOV '03 | JAN '04 |
|---|---|---|---|---|
| **Christian will continue to develop receptive language skills to enhance his performance in the classroom setting.** | | | | |
| ▪ Using curriculum-related vocabulary, Christian will locate root words, prefixes and suffixes to support syllable identification and repeated pronunciation to assist with word recognition, recall and comprehension in context as indicated by periodic probes. | P | P+ | | |
| ▪ Given multi-step oral directions in therapy and classroom settings, Christian will routinely sub-vocalize the direction, determine if it 'makes sense" and ask for clarification when it is unclear. | P | P+ | | |
| ▪ Christian will continue to develop and apply phonological awareness strategies when he listens, speaks and reads aloud in structured tasks as indicated by periodic probes. | P | P+ | | |
| **Christian will continue to improve his oral formulation and expressive language skills to enhance his performance in the classroom.** | | | | |
| ▪ Christian will utilize adult prompted and self-initiated phonemic cueing, category/synonym substitution and circumvention techniques to support word retrieval in conversation and storytelling. | P | P+ | | |
| ▪ Given specific prompts to describe, explain and/or persuade, Christian will incorporate precise word choice, correct syntactic structure and expanded sentences in oral formulation. | P | P+ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**COMMENTS BY QUARTER:**
**November 2002:** N/A
**January 2002:** N/A
**March 2003:** Christian appears to have made an excellent transition to Dumbarton Middle School.  He is making good progress on all of his goals and is approaching mastery level on some of them.  His goals will need to be reviewed soon to determine their continued appropriateness.  Reduction of services will be considered if appropriate.
**June 2003:** Christian continues to be successful and has made excellent progress this quarter in regards to his speech and language goals.  He has difficulty remembering to come to sessions, but when he does come he is completely engaged in the session.  Services will be reviewed at the end of first quarter of 7th grade to determine whether or not Christian continues to need related service support for success in the classroom.  Enjoy your summer!  I enjoyed working with Christian this year and look forward to next year!

EXHIBIT
15