IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 OCT -6  P 4:41

BALTIMORE

_____ DEPU

CHRISTIAN ALEXIS  et al

   Plaintiffs,

v                           CIVIL NO   WDQ-02-2632

BOARD OF EDUCATION FOR
BALTIMORE COUNTY PUBLIC
SCHOOLS

   Defendant

\*     \*          \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion it is this 6th day of October 2003  ORDERED

1. That the Defendant's motion for summary judgment BE, and HEREBY IS, GRANTED

2  That the clerk shall enter judgment for the Defendant

3  That the  erk of the Court send copies of this Memorandum Opinion and Order to counsel for the parties

_____
William D. Quarles, Jr.
United States District Judge

21